## IN RE HALEY B.

The petition of the maternal grandmother for certification for appeal from the Appellate Court (AC 22274) is granted, limited to the following issue:

"Did the Appellate Court properly (1) dismiss the maternal grandmother's appeal on the ground of untimeliness, or (2) deny the maternal grandmother's request for permission to file a late appeal?"

The Supreme Court docket number is SC 16688.

*David E. Marmelstein,* in support of the petition.

*Maureen D. Regula,* assistant attorney general, in opposition.

Decided February 14, 2002